In re:                                                                 Case No. 20-02456-HWV

Karlee Noel Kuchtiak                                        Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: admin                                             Page 1 of 2

Date Rcvd: Nov 20, 2020                       Form ID: 318                                     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karlee Noel Kuchtiak, 22 Skyview Circle, Hanover, PA 17331-7547 |
| cr | + | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5352346 | | Ford Credit, P.O. Box 650574, Dallas, TX 75265-0574 |
| 5352347 | | Fulton Bank/Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 5352348 | + | John T. Kuchtiak, 52 Birch Drive, Hanover, PA 17331-9421 |
| 5352349 | + | King 583 Partners, LLC, P.O. Box 810937, Boca Raton, FL 33481-0937 |
| 5352350 | + | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5352351 | | PennyMac Loan Services LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 5352353 | + | Santander, Card Services Processing, P.O. Box 12768, Reading, PA 19612-2768 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 20 2020 23:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5352344 | + | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Nov 20 2020 18:56:00 | Bluegreen Servicing LLC, 4960 Conference Way North, Suite 100, Boca Raton, FL 33431-3311 |
| 5352345 | | EDI: DISCOVER.COM | Nov 20 2020 23:58:00 | Discover Bank, PO Box 6103, Carol Stream, IL 60197-6103 |
| 5352352 | + | EDI: PRA.COM | Nov 20 2020 23:58:00 | Portfolio Recovery Associates, LLC, Dept 922, PO Box 4115, Concord, CA 94524-4115 |
| 5352354 | | Email/Text: bankruptcy@bbandt.com | Nov 20 2020 18:57:00 | Sheffield Financial, P.O. Box 580229, Charlotte, NC 28258-0229 |
| 5352597 | + | EDI: RMSC.COM | Nov 20 2020 23:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5352355 | | EDI: TFSR.COM | Nov 20 2020 23:58:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| Thomas E. Miller | on behalf of Debtor 1 Karlee Noel Kuchtiak staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Karlee Noel Kuchtiak (First Name Middle Name Last Name) | Social Security number or ITIN xxx–xx–2425<br>EIN __–_____ |
| Debtor 2 (Spouse, if filing): First Name Middle Name Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number: 1:20–bk–02456–HWV | |

# Order of Discharge                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Karlee Noel Kuchtiak
aka Karlee Shubert

11/20/20

**By the court:**  *Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**